

**ORDERED in the Southern District of Florida on December 2, 2024.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

AARON DURALL,                                                    Case No.: 24-14573-SMG

    Debtor.                                                              Chapter 7
_____/

UNITED HEALTHCARE INSURANCE
COMPANY, *et al.*,

    Plaintiffs,

v.                                                                              Adv. Proc. No.: 24-01409-SMG

AARON DURALL,

    Defendant.
_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION TO
CONTINUE SCHEDULING CONFERENCE**

    THIS MATTER came before the Court without hearing upon the *Agreed Ex Parte Motion to Continue Scheduling Conference* (the "Motion"), filed by Aaron Durall

(the "Debtor"). ECF No. 8. The Court having reviewed the Motion, noting the agreement of the parties, and being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 8] is **GRANTED** as follows.

2. The scheduling conference in this adversary proceeding is **CONTINUED** to January 7, 2025, at 9:30 A.M. at the United States Bankruptcy Court, the 299 E. Broward Blvd., Courtroom 308, Fort Lauderdale, FL 33301 (the "Continued Scheduling Conference Date").

3. With the exception of the deadlines set forth in ¶¶ 2 and 3 of the *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* (the "Order") [ECF No. 3], all deadlines set forth in the Deadline Order shall be calculated based on the Continued Scheduling Conference Date.

4. All other provisions of the Order remain in full force and effect to the extent not inconsistent with this Order.

### 

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.